IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCE WILLIAMS,

        Plaintiff,

  vs.

JOLLY, et al.,

        Defendants.

Case No. 2:07-cv-00026 JKS DAD P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 21, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

    Specifically, the magistrate judge recommended dismissal of this action because the Plaintiff failed to keep his address current with the Court. The Court has reviewed the file, and notes that although Plaintiff has since submitted two letters demanding default entry of judgment, he has not updated his address. This Court therefore finds dismissal appropriate. *See* Local Rules 83-182(f), 83-183(b), and 11-110.

/////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed August 21, 2007, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk shall enter judgment accordingly.

Dated this the 20th day of February 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER